**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-01656-LTB

ANGELA MARIE MCCLELLAND,

    Plaintiff,

v.

TOP HAT FILE AND SERVE, INC., and
BRIEANNA SMITH,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Pursuant to the Response to Order to Show Cause (Doc 12 - filed September 8, 2015), Defendant Top Hat File and Serve, Inc.'s Motion to Dismiss (Doc 9 - filed August 26, 2015) is hereby **STRICKEN**.


Dated:   September 9, 2015
_____