**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-01656-LTB

ANGELA MARIE MCCLELLAND,

    Plaintiff,

v.

TOP HAT FILE AND SERVE, INC., and
BRIEANNA SMITH,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 20 - filed November 6, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   November 9, 2015